IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19-CR-3042 |
| vs. | ORDER |
| JACQUELINE A. ATOLIKIAN, | |
| Defendant. | |

IT IS ORDERED

1. The government's Motion to Dismiss (filing 23) is granted.

2. Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

3. The indictment is dismissed.

4. This case is closed.

Dated this 14th day of January, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge